# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
IN CLERKS OFFICE
2021 AUG 27 PM 12: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| **DAVID DAOUD WRIGHT** | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| **DOUGLAS W. DEMOURA** <br> **MARC DUBOIS** <br> **JODI HOCKERT-LOTS** | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | David Daoud Wright |
   | Street Address | MCI Cedar Junction P.O. Box 100 |
   | City and County | South Walpole |
   | State and Zip Code | Massachusetts 02071 |
   | Telephone Number | (unavailable) |
   | E-mail Address | (unavailable) |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Douglas W. DeMoura |
| Job or Title (if known) | Superintendent |
| Street Address | MCI Cedar Junction P.O. Box 100 |
| City and County | South Walpole |
| State and Zip Code | Massachusetts 02071 |
| Telephone Number | (508) 660-8000 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Marc Dubois |
| Job or Title (if known) | Director of I.P.S. (Inner Perimeter Security) |
| Street Address | MCI Cedar Junction P.O. Box 100 |
| City and County | South Walpole |
| State and Zip Code | Massachusetts 02071 |
| Telephone Number | (508) 660-8000 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Jodi Hockert-Lots |
| Job or Title (if known) | Deputy of Intake |
| Street Address | MCI Cedar Junction P.O. Box 100 |
| City and County | South Walpole |
| State and Zip Code | Massachusetts 02071 |
| Telephone Number | (508) 660-8000 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. §1983 - FIRST, FOURTEENTH AMENDMENT (U.S. Cons.)

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. The Amount in Controversy

  The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See, **ATTACHMENT #6**

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See, **ATTACHMENT #6**

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 23, 2021

Signature of Plaintiff: *David Wright*

Printed Name of Plaintiff: David Daoud Wright

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

<u>C O M P L A I N T</u>

The defendants: Douglas W. Demoura ("DEMOURA"), Marc Dubois ("DUBOIS") and Jodi Hockert-Lots ("LOTS") violated the Plaintiff ("Mr. Wright")'s First Amendment right to the Free exercise of his Religious beliefs, the defendants also violated Mr. Wright's Fourteenth Amendment right to Due Process.

I. <u>GROUND(s) FOR CLAIM OF FIRST & FOURTEENTH AMENDMENT VIOLATIONS</u>

i. On June 14, 2021 Mr. Wright arrived to MCI Cedar Junction. Mr. Wright is a Muslim, after informing medical personnel of this fact, upon his request, they placed him on the Halaal meal diet. On or around June 19, 2021 Mr. Wright was removed from the Halaal diet and advised that he needed to write a request to an administrative official to be placed back on his religious diet, he complied. Mr. Wright waited for eight days and did not receive a response. During the eight day period, Mr. Wright gave all the non-religious meals to another federal detainee and refused to consume any food other than his commissary until he was placed back on his Halaal diet.

ii. On June 29, 2021 the defendant DUBOIS sent one of his subordinates (i.e., IPS Officer) to inquire into Mr. Wright's refusal to consume his regular meal trays. Mr. Wright explained to the officer his religious need, provided a grievance to the officer concerning the refusal to eat non-religious meals, the officer read the grievance and then affirmed that DUBOIS would be informed about the matter. Defendants DEMOURA and LOTS were also informed and made aware of Mr. Wright's refusal to consume regular meals and the reasons for his refusal (i.e., non-religious meals). Each of the defendants were on notice of this fact.

iii. On June 30, 2021 DEMOURA, DUBOIS and LOTS recommended, ordered and authorized Mr. Wright to be placed in the Limited Privilages Unit ("LPU") for twelve (12) days due to his refusal to eat non-religious meals.

iv. Mr. Wright made multiple requests to administrative staff and the defendants to be removed from the LPU but to no avail. DEMOURA, DUBOIS and LOTS refused to remove Mr. Wright from the LPU due to his refusal to consume non-religious meals and LOTS advised that his refusals were problematic and until he confirmed and assured this would not continue he would not be permitted to leave the LPU.

v. While housed in the LPU, Mr. Wright refused several non-religious meals and repeatedly requested that staff facilitate his Halaal diet for about nine (9) days, with no success. Mr. Wright (due to medical need) was compelled to eat non-religious meal trays as he no longer had access to his commissary, was worried about **staff retaliation** (i.e., keeping him in the LPU) and was quite physically drained causing interference with his daily acts of worship. Mr. Wright was subjected to cold and frigid temperatures, lack of his personal religious books, limitation on commissary purchases, involuntary strip searches (everytime he needed to exit his cell) compelling him to bathe and remain in his cell (nearly everyday while in the LPU) stomach pain and sickness from the non-religious food consumption, headaches and irritability. Mr. Wright was only afforded two phone calls per week and restricted in his access to recreation. These (and other related matters) caused Mr. Wright great hardship and distress.

page 1

vi. Between June 14 - June 19, 2021 Mr. Wright submitted a series of grievances dealing with Staff Misconduct (i.e., racist verbal abuse, religiously bigoted and offensive speech, among other things), these grievances were received and never responded to. Mr. Wright filed several grievances and made a request each time to be removed from the MCI Cedar Junction and transferred back to the institution he was previously in, due to the continued and unabated violation of federal constitutional rights (consistent with this complaint) inter alia and evidence of staff retaliation, these grievances were also received and never responded to. Mr. Wright spoke with multiple administrative staff related to his grievances, incoming mail, personal property and request to be removed from the institution, but to no avail.

vii. Mr. Wright has not received a single disciplinary ticket or reprimand since his time at MCI Cedar Junction (at the time of this complaint).

## R E L I E F

Mr. Wright request that the defendants pay him Actual Damages in the amount of $1 million dollars and Punitive Damages in the amount of $6.2 million dollars for a total of $7.2 million dollars in damages. Actual damages from the harm suffered by refusal to provide Halaal meals and those things endured while housed in the LPU; Punitive damages for the blatant and continued Constitutional violations imposed upon him.